USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stand Up 236, LLC,

        Plaintiff,

—v—

Andrew M. Cuomo,

        Defendant.

21-cv-1776 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Orders of March 9, 2021 (Dkt. No. 3), and May 11, 2021 (Dkt. No. 4), the parties were required to submit a joint letter and proposed case management plan at least seven days before the initial pretrial conference scheduled for May 21, 2021. The parties have not done so. The parties are ORDERED to file their joint letter and proposed case management plan by May 18, 2021.

SO ORDERED.

Dated: May 17, 2021
      New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge