USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stand Up 236, LLC,

        Plaintiff,

–v–

Andrew M. Cuomo,

        Defendant.

21-cv-1776 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Orders of March 9, 2021 (Dkt. No. 3), and May 11, 2021 (Dkt. No. 4), the parties were required to submit a joint letter and proposed case management plan at least seven days before the initial pretrial conference scheduled for May 21, 2021. The parties did not do so. On May 17, 2021, the Court ordered the parties to submit their joint letter and proposed case management plan by May 18, 2021. The parties did not do so.

The initial pretrial conference scheduled for May 21, 2021, is adjourned to June 4, 2021. The parties are ORDERED to file their joint letter and proposed case management plan no later than seven days before the scheduled conference. Failure to comply with the Court's orders may result in dismissal of the action for failure to prosecute or other sanctions.

SO ORDERED.

Dated: May 19, 2021
      New York, New York

                                 ALISON J. NATHAN
                               United States District Judge